**United States District Court**
For the Northern District of California

1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE NORTHERN DISTRICT OF CALIFORNIA

7

8   DAVID E. LARRIEU, *et al.*,                    No. C 11-6167 SI

9          Plaintiffs,                        **JUDGMENT**

10      v.

11  ING BANK, FSB, *et al.*,

12          Defendants.
                                          /
13

14      On March 12, 2012, the Court dismissed this case for lack of jurisdiction.  Judgment is entered

15  accordingly.

16

17      **IT IS SO ORDERED AND ADJUDGED.**

18

19  Dated: March 13, 2012

20                                          SUSAN ILLSTON
                                          United States District Judge
21

22

23

24

25

26

27

28