**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID E. LARRIEU, *et al.*, | No. C 11-6167 SI |
| Plaintiffs, | **JUDGMENT** |
| v. | |
| ING BANK, FSB, *et al.*, | |
| Defendants. | |

On March 12, 2012, the Court dismissed this case for lack of jurisdiction. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: March 13, 2012

SUSAN ILLSTON
United States District Judge